No. D–1439.  IN RE DISBARMENT OF CRIST.  Disbarment entered.  [For earlier order herein, see 512 U. S. 1275.]

No. D–1440.  IN RE DISBARMENT OF OFFSTEIN.  Disbarment entered.  [For earlier order herein, see 512 U. S. 1275.]

No. D–1441.  IN RE DISBARMENT OF HAMER.  Disbarment entered.  [For earlier order herein, see 512 U. S. 1276.]

No. D–1463.  IN RE DISBARMENT OF RILEY.  It is ordered that Christopher H. Riley, Jr., of Millville, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1464.  IN RE DISBARMENT OF SMITH.  It is ordered that Davis Hall Smith, of Jackson, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–1636.  SWINT ET AL. v. CHAMBERS COUNTY COMMISSION ET AL.  C. A. 11th Cir.  [Certiorari granted, 512 U. S. 1204.]  The parties are directed to file supplemental briefs addressing the following question: "Whether the Eleventh Circuit, by virtue of its jurisdiction to review the District Court's denial of the individual defendants' motions seeking summary judgment on the basis of qualified immunity, also had jurisdiction to review the District Court's denial of the Chambers County Commission's motion for summary judgment."  Brief of petitioners is to be filed on or before Wednesday, November 30, 1994.  Brief of respondents is to be filed on or before Thursday, December 15, 1994.  This Court's Rule 29.2 does not apply.  This case is removed from the December 6, 1994, argument calendar.

No. 93–7927.  KYLES v. WHITLEY, WARDEN.  C. A. 5th Cir.  [Certiorari granted, 511 U. S. 1051.]  Motion of petitioner to enlarge the record granted.